UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GARRETT SMITH,

　　　　　　Plaintiff,

　　v.

RON HAYNES, WILKINSON,

　　　　　　Defendants.

CASE NO. 3:19-CV-05206-RBL-DWC

REPORT AND RECOMMENDATION

Noting Date: May 24, 2019

　　　The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff John Garrett Smith, proceeding *pro se*, filed a proposed complaint on March 18, 2019. Dkt. 1. Plaintiff did not pay the filing fee or an application to proceed *in forma pauperis* ("IFP"). *See* Dkt. 1. On March 21, 2019, the Clerk of Court sent Plaintiff a letter notifying Plaintiff that he had failed to meet the filing fee requirement. Dkt. 2. The Clerk of Court instructed Plaintiff to submit the $400.00 filing fee or an application to proceed IFP. *Id*. The Clerk of Court warned Plaintiff that if he did not respond to the letter by April 22, 2019, the action may be subject to dismissal. *Id*.

1  Plaintiff has not responded to the Clerk of Court's letter, has not paid the filing fee, and
2  has not filed an application to proceed IFP. As Plaintiff has failed to prosecute this case, the
3  Court recommends this case be dismissed without prejudice.
4  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
5  Procedure, the parties shall have fourteen (14) days from service of this Report to file written
6  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
7  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
8  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on May 24,
9  2019, as noted in the caption.
10  Dated this 3rd day of May, 2019.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2