UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GARRETT SMITH,

                Plaintiff,

v.

RON HAYNES, WILKINSON,

                Defendants.

No. 3:19-CV-05206-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. #4], and the underlying record.

(1)    The Report and Recommendation is **ADOPTED**.

(2)    This case is dismissed without prejudice for failure to prosecute.

The Clerk shall send copies of this Order to Smith's last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 3rd day of June, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1